# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ADAM BLAKE FITZGERALD, LISA
JOANNE TAYLOR, and PHILLIP M.
KIRBY,

                Plaintiffs,

-vs-                                          Case No. 6:06-cv-1874-Orl-19UAM

HOTELBEDS USA, INC.,

                Defendant.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION TO APPROVE SETTLEMENT (Doc. No. 27)** |
| **FILED:** | April 19, 2007 |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

    Plaintiffs, Adam Blake Fitzgerald, Lisa Joanne Taylor, and Phillip M. Kirby (collectively "Plaintiffs") and Defendant, Hotelbeds USA, Inc., jointly move the Court to approve their settlement of Plaintiffs' claims pursuant to the Fair Labor Standards Act ("FLSA") and to dismiss the case with prejudice. Plaintiffs alleged that they worked as customer service representatives for Defendant and claimed that Defendant had failed to pay overtime wages. Docket 18. Defendant claimed that

Plaintiffs were outside sales representatives and, therefore, were exempt from overtime compensation requirements pursuant to 29 U.S.C. § 213(a)(1) and 29 C.F.R. § 541.500 *et seq.* Docket 23.

The Court has reviewed the proposed settlement as required by *Lynn's Food Stores, Inc. v. United States, U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and finds the settlement is a fair and reasonable resolution of a bona fide dispute. The case involved disputed issues of FLSA coverage, which constitutes a bona fide dispute. Each party was represented by independent counsel, who were obligated to vigorously represent their client. The Court finds the proposed settlement of a total payment to Plaintiffs of $7,500, and payment of $5,000 to Plaintiffs' counsel in exchange for Plaintiff's release of claims and dismissal of the action with prejudice to be fair and reasonable.

The Court, therefore, **RECOMMENDS**, that:

1. The parties' joint motion be granted and the settlement be approved; and

2. The Court dismiss the case with prejudice and direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 11, 2007.

                                                DONALD P. DIETRICH
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Patricia C. Fawsett
Counsel of Record