# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ADAM BLAKE FITZGERALD, LISA
JOANNE TAYLOR, and PHILLIP M.
KIRBY,

       Plaintiffs,

vs.                                      CASE NO. 6:06-CV-1874-ORL-19UAM

HOTELBEDS USA, INC.,

       Defendant.
_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 31, filed june 11, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 31) is **ADOPTED and AFFIRMED.** The Joint Motion to Approve Settlement at Docket Number 27 (filed April 19, 2006) is **GRANTED** and the settlement (Doc. No. 29, filed April 26, 2007) is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___26th___ day of June, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record